```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANAND ROY, derivatively on behalf of WARNER BROS. DISCOVERY, INC.,

        Plaintiff,

-against-

DAVID M. ZASLAV, GUNNAR WIEDENFELS, LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, SAMUEL A. DI PIAZZA, JR., DEBRA L. LEE, and GEOFFREY Y. YANG,

        Defendants,

and

WARNER BROS. DISCOVERY, INC.,

        Nominal Defendant.

24 Civ. 9856 (AT)

---

LAWRENCE HOLLIN, Derivatively on Behalf of Nominal Defendant WARNER BROS. DISCOVERY, INC.,

        Plaintiff,

-against-

DAVID ZASLAV, SAMUEL A. DI PIAZZA, JR., LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, DEBRA L. LEE, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, GEOFFREY Y. YANG, and GUNNAR WIEDENFELS,

        Defendants,

and

WARNER BROS. DISCOVERY, INC.,

        Nominal Defendant.

24 Civ. 9885 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate these two actions, 24 Civ. 9856 and 24 Civ. 9885. By **January 15, 2025**, the parties shall file any opposition to consolidation. By **January 21, 2025**, any

interested attorneys shall file requests to be appointed lead counsel.  Opposition to any such application shall be filed by **January 24, 2025.**

    SO ORDERED.

Dated: January 8, 2025
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge