USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANAND ROY, derivatively on behalf of WARNER BROS. DISCOVERY, INC.,

  Plaintiff,

-against-

DAVID M. ZASLAV, GUNNAR WIEDENFELS, LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, SAMUEL A. DI PIAZZA, JR., DEBRA L. LEE, and GEOFFREY Y. YANG,

  Defendants,

and

WARNER BROS. DISCOVERY, INC.,

  Nominal Defendant.

24 Civ. 9856 (AT)

---

LAWRENCE HOLLIN, Derivatively on Behalf of Nominal Defendant WARNER BROS. DISCOVERY, INC.,

  Plaintiff,

-against-

DAVID ZASLAV, SAMUEL A. DI PIAZZA, JR., LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, DEBRA L. LEE, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, GEOFFREY Y. YANG, and GUNNAR WIEDENFELS,

  Defendants,

and

WARNER BROS. DISCOVERY, INC.,

  Nominal Defendant.

24 Civ. 9885 (AT)

KEVIN KO, Derivatively on Behalf of WARNER BROS. DISCOVERY, INC.,

          Plaintiff,

-against-

DAVID M. ZASLAV, GUNNAR WIEDENFELS, SAMUEL A. DI PIAZZA, JR., LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, DEBRA L. LEE, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, and GEOFFREY Y. YANG,

          Defendants,

and

WARNER BROS. DISCOVERY, INC.,

          Nominal Defendant.

25 Civ. 114 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 8, 2025, the Court explained that it intends to consolidate cases 24 Civ. 9856 and 24 Civ. 9885. ECF No. 7 in 24 Civ. 9856; ECF No. 31 in 24 Civ. 9885. On January 10, 2025, the Court accepted case 25 Civ. 114 as a related action. Accordingly, the deadlines in all three cases are revised as follows:

1. By **January 17, 2025**, the parties shall file any opposition to consolidation of these three matters;
2. By **January 21, 2025**, any interested attorneys shall file requests to be appointed lead counsel; and
3. By **January 24, 2025**, the parties shall file any opposition to such applications.

SO ORDERED.

Dated: January 13, 2025
      New York, New York

                                  ANALISA TORRES
                              United States District Judge